United States Courts
Southern District of Texas
FILED

APR 20 2015

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 4:12-CR-255 |
| | § | |
| HENRI DESOLA MORRIS | § | |

## PRO SE NOTICE OF APPEAL

Henri Morris files this pro se notice of appeal to the United States Court of Appeals for the Fifth Circuit, appealing the sentence and judgment imposed on April 14, 2015.

Respectfully submitted,

_____
Henri D. Morris
Pro se
BOP No. 72029-279
Houston FDC
1200 Texas Ave.
Houston, TX 77002