**quinn emanuel** trial lawyers | houston

Pennzoil Place, 711 Louisiana Street, Suite 500, Houston, Texas 77002-2721 | TEL (713) 221-7000 FAX (713) 221-7100

WRITER'S DIRECT DIAL NO.
(713) 221-7010

WRITER'S INTERNET ADDRESS
samykhalil@quinnemanuel.com

September 3, 2015

*VIA ECF FILING*

David J. Bradley
Clerk of Court
P.O. Box 61010
Houston, TX 77208

Re:   USDC No. *4:12-CR-255-1; USA v. Henri Morris*; In the United States District Court Southern District of Texas, Houston Division. Appeal No. 15-20227.

Dear Mr. Bradley:

    I would like to request the electronic record on appeal (EROA) in the above numbered cause. I received notification from the US Court of Appeals Fifth Circuit that the appeal has been docketed.

    If you need anything further, please do not hesitate to contact me.

Very truly yours,

Samy Khalil

HG

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS

06528-00001/7169812.1