United States District Court
Southern District of Texas
**ENTERED**
April 17, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:12-CR-255 |
| | § | |
| HENRI DESOLA MORRIS | § | |

## ORDER

Pending before the Court is Defendant's Motion for Compassionate Release (Doc. Nos. 248 & 250) and the Government's Response (Doc. No. 249).  Defendant has not exhausted all his Bureau of Prisons administrative remedies; the Court therefore **DENIES** Defendant's motion without prejudice to refiling once all administrative remedies have been exhausted.

SIGNED at Houston, Texas, this 16th day of April 2020.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE